In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of Grade Crossings of the NEW YORK CENTRAL RAILROAD.

THE TOWN OF ROTTERDAM, Appellant; THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.

(Argued October 1, 1930; decided October 21, 1930.)

*Richmond D. Moot* and *Chatfield T. Bates* for appellant.
*Harry M. Chamberlain, Charles G. Blakeslee* and *Sherman C. Ward* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.